Case 1:21-cv-00084-BLW Document 3 Filed 02/19/21 Page 1 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | |
|---|---|
| ANGELO L. ROSA, an individual residing in the state of Arizona,<br><br>*Plaintiff(s)*<br>v.<br>HYUNDAI CAPITAL AMERICA, a California corporation, and DOES 1-100, inclusive,<br><br>*Defendant(s)* | Civil Action No. 1:21-cv-00084-BLW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* HYUNDAI CAPITAL AMERICA
3161 MICHELSON DRIVE, SUITE 1900
IRVINE, CALIFORNIA 92612

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: MARY S. AMSCHEL
ROSA PLLC
950 WEST BANNOCK STREET, SUITE 1100
BOISE, IDAHO 83702
(208) 900-6525
mamschel@rosacommerce.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: February 19, 2021



United States Courts
District of Idaho

**ISSUED**

Jocelyn Dunnegan
on Feb 19, 2021 2:11 pm

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00084

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **NATIONAL REGISTERED AGENTS**, who is
designated by law to accept service of process on behalf of *(name of organization)* **HYUNDAI CAPITAL AMERICA**, **921 S. ORCHARD ST. #G, BOISE ID 83705** on *(date)* **2/19/21** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ **75.00** for travel and $ **0** for services, for a total of $ **75.00** .

I declare under penalty of perjury that this information is true.

Date: **2/19/21**

_____
Server's signature

**LEVI HOLLOWAY - SERVER**
Printed name and title

**1740 E. FAIRVIEW AVE #31, MERIDIAN ID**
Server's address

Additional information regarding attempted service, etc: