Amber N. Dina (ISB No. 7708)
Donald Z. Gray (ISB No. 10070)
GIVENS PURSLEY LLP
601 West Bannock Street
P.O. Box 2720
Boise, Idaho  83701-2720
Office: (208) 388-1200
Fax: (208) 388-1300
amberdina@givenspursley.com
dongray@givenspursley.com

Attorney for Defendant
HYUNDAI CAPITAL AMERICA

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ANGELO L. ROSA, an individual residing in the State of Arizona,<br><br>    Plaintiff,<br><br>v.<br><br>HYUNDAI CAPITAL AMERICA, a California corporation; and DOES 1-100 inclusive,<br>Defendants.<br><br>    Defendant. | Case No. 1:21-cv-00084-BLW<br><br>**DEFENDANT HYUNDAI CAPITAL AMERICA'S ANSWER AND AFFIRMATIVE DEFENSES** |

COMES NOW Hyundai Capital America ("Hyundai"), by and through its undersigned counsel, and hereby files its Answer and Affirmative Defenses to Plaintiff, Angelo L. Rosa's ("Plaintiff") Complaint ("Complaint").  Unless specifically admitted herein, Hyundai denies the allegations in the Complaint.

**ANSWER AND AFFIRMATIVE DEFENSES OF HYUNDAI CAPITAL AMERICA - 1**

## ANSWER

### The Parties, Jurisdiction, and Venue

1. In response to the allegations contained in Paragraph 1 of the Complaint, Hyundai lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore, they are denied.

2. In response to the allegations contained in Paragraph 2 of the Complaint, Hyundai admits only that it is California corporation with a business address in Irvine, California and it conducts business in the State of Idaho. Hyundai denies any other allegations asserted.

3. In response to the allegations contained in Paragraph 3 of the Complaint, Hyundai lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore, they are denied.

4. In response to the allegations contained in Paragraph 4 of the Complaint, Hyundai states only that it does not object to jurisdiction or venue.

5. In response to the allegations contained in Paragraph 5 of the Complaint, Hyundai states only that it does not object to jurisdiction or venue.

6. In response to the allegations contained in Paragraph 6 of the Complaint, Hyundai states only that it does not object to jurisdiction or venue.

### Factual Allegations

5. In response to the allegations contained in Paragraph 5[1] of the Complaint, Hyundai states that the Vehicle Purchase and Loan Agreement is a document in writing that speaks for itself

---

[1] Plaintiff's Complaint contains an error in the numbering of his paragraphs. After paragraph 6 of the Complaint, the numbering of the paragraphs reverts back to "5" and then continues thereafter. Thus, there are multiple paragraphs numbered as 5 and 6. For ease of review, Hyundai incorporates Plaintiff's inaccurate numbering sequence for the paragraphs.

**ANSWER AND AFFIRMATIVE DEFENSES OF HYUNDAI CAPITAL AMERICA - 2**

and Hyundai denies any allegations inconsistent with the plain language of the Vehicle Purchase and Loan Agreement.

6. In response to the allegations contained in Paragraph 6 of the Complaint, Hyundai states that the Questionnaire is a document in writing that speaks for itself and Hyundai denies any allegations inconsistent with the plain language of the Questionnaire. Answering further, Hyundai lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations and therefore, they are denied.

7. In response to the allegations contained in Paragraph 7 of the Complaint, Hyundai lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore, they are denied.

8. In response to the allegations contained in Paragraph 8 of the Complaint, Hyundai lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore, they are denied.

9. In response to the allegations contained in Paragraph 9 of the Complaint, Hyundai lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore, they are denied.

10. In response to the allegations contained in Paragraph 10 of the Complaint, Hyundai lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore, they are denied.

11. In response to the allegations contained in Paragraph 11 of the Complaint, Hyundai lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore, they are denied.

**ANSWER AND AFFIRMATIVE DEFENSES OF HYUNDAI CAPITAL AMERICA - 3**

12. In response to the allegations contained in Paragraph 12 of the Complaint, Hyundai lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore, they are denied.

13. In response to the allegations contained in Paragraph 13 of the Complaint, Hyundai lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore, they are denied.

14. In response to the allegations contained in Paragraph 14 of the Complaint, Hyundai lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore, they are denied.

15. In response to the allegations contained in Paragraph 15 of the Complaint, Hyundai lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore, they are denied.

16. In response to the allegations contained in Paragraph 16 of the Complaint, Hyundai lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore, they are denied.

17. In response to the allegations contained in Paragraph 17 of the Complaint, Hyundai states the warranty is a document in writing that speaks for itself and Hyundai denies any allegations inconsistent with the plain language of the warranty. Answering further, Hyundai lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations and therefore, they are denied.

18. In response to the allegations contained in Paragraph 18 of the Complaint, Hyundai lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore, they are denied.

19. In response to the allegations contained in Paragraph 19 of the Complaint, Hyundai lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore, they are denied.

20. In response to the allegations contained in Paragraph 20 of the Complaint, Plaintiff's Exhibits are documents in writing that speak for themselves and Hyundai denies any allegations inconsistent with the plain language of the Exhibits. Answering further, Hyundai denies that it failed to respond to the letters. Hyundai lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations and therefore, they are denied.

21. In response to the allegations contained in Paragraph 21 of the Complaint, Hyundai admits that Plaintiff defaulted on his payments due under the loan. Answering further, Hyundai lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations and therefore, they are denied.

22. In response to the allegations contained in Paragraph 22 of the Complaint, Hyundai lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations and therefore, they are denied.

23. In response to the allegations contained in Paragraph 23 of the Complaint, Hyundai admits the vehicle was repossessed and disposed of. Answering further, the written communication is a document in writing that speaks for itself and Hyundai denies any allegations inconsistent with the plain language of the written communication.

24. In response to the allegations contained in Paragraph 24 of the Complaint, Hyundai lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore, they are denied. Hyundai admits only that Plaintiff's account was placed with a collections attorney after his default in payments.

**ANSWER AND AFFIRMATIVE DEFENSES OF HYUNDAI CAPITAL AMERICA - 5**

25. In response to the allegations contained in Paragraph 25 of the Complaint, Hyundai states the Settlement Agreement is written document that speaks for itself and denies any allegations inconsistent with the plain language of the document. Answering further, Hyundai admits following Plaintiff's default on the contract, Hyundai settled with Plaintiff for repayment of the deficiency balance on the account.

26. In response to the allegations contained in Paragraph 26 of the Complaint, Hyundai states the Settlement Agreement is written document that speaks for itself and denies any allegations inconsistent with the plain language of the document.

27. In response to the allegations contained in Paragraph 27 of the Complaint, Hyundai admits only that it received four monthly payments from Plaintiff following the Settlement Agreement. Answering further, Hyundai lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations and therefore, they are denied.

28. In response to the allegations contained in Paragraph 28 of the Complaint, the checks and note referenced are documents in writing that speak for themselves, and Hyundai denies any allegations inconsistent with the plain language of the documents. Answering further, Hyundai lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations and therefore, they are denied.

29. In response to the allegations contained in Paragraph 29 of the Complaint, Hyundai denies that Plaintiff tendered timely payment under the Settlement Agreement. Answering further, Hyundai lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations and therefore, they are denied.

**ANSWER AND AFFIRMATIVE DEFENSES OF HYUNDAI CAPITAL AMERICA - 6**

30. In response to the allegations contained in Paragraph 30 of the Complaint, Hyundai lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore, they are denied.

31. In response to the allegations contained in Paragraph 31 of the Complaint, Hyundai lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore, they are denied. Answering further, the purported check, demand letter, and mail receipt are alleged documents in writing that speak for themselves but are not attached to the Complaint.

32. In response to the allegations contained in Paragraph 32 of the Complaint, Hyundai lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore, they are denied.

33. In response to the allegations contained in Paragraph 33 of the Complaint, Hyundai admits only that it reported accurate account information to the consumer credit reporting bureaus due to Plaintiff's default under the contract and Settlement Agreement. Answering further, Hyundai denies the remaining allegations.

34. In response to the allegations contained in Paragraph 34 of the Complaint, Hyundai states the Exhibits are documents in writing that speak for themselves and denies any allegations inconsistent with the plain language of the documents. Answering further, Hyundai lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations and therefore, they are denied.

35. In response to the allegations contained in Paragraph 35 of the Complaint, Hyundai states the allegations state conclusions of law to which no response is required. To the extent a response is required, Hyundai denies the allegations.

36. In response to the allegations contained in Paragraph 36 of the Complaint, Exhibit 13 is a document in writing that speaks for itself and Hyundai denies any allegations inconsistent with the plain language of the document.

37. In response to the allegations contained in Paragraph 37 of the Complaint, Hyundai lacks sufficient knowledge or information to respond to the allegations and that basis denies the allegations.

38. In response to the allegations contained in Paragraph 38 of the Complaint, Hyundai lacks sufficient knowledge or information to respond to the allegations and that basis denies the allegations.

39. In response to the allegations contained in Paragraph 39 of the Complaint, Hyundai lacks sufficient knowledge or information to respond to the allegations and that basis denies the allegations.

40. In response to the allegations contained in Paragraph 40 of the Complaint, Hyundai lacks sufficient knowledge or information to respond to the allegations and that basis denies the allegations.

41. In response to the allegations contained in Paragraph 41 of the Complaint, the allegations are conclusions of law to which no response is required. To the extend a response may be required, Hyundai denies the allegations.

**FIRST CAUSE OF ACTION**
**BREACH OF CONTRACT**

42. In response to the allegations contained in Paragraph 42 of the Complaint, Hyundai restates its responses to each of the preceding paragraphs as though fully set forth herein.

**ANSWER AND AFFIRMATIVE DEFENSES OF HYUNDAI CAPITAL AMERICA - 8**

43. In response to the allegations contained in Paragraph 43 of the Complaint, Hyundai admits only the Settlement Agreement executed by the parties on or about July 27, 2017 was a valid, enforceable contract.

44. In response to the allegations contained in Paragraph 44 of the Complaint, Hyundai denies that Plaintiff performed his obligations under the Settlement Agreement or otherwise tendered payment in full on the amount due Hyundai.

45. In response to the allegations contained in Paragraph 45 of the Complaint, Hyundai denies the allegations.

46. In response to the allegations contained in Paragraph 46 of the Complaint, Hyundai denies the allegations.

47. In response to the allegations contained in Paragraph 47 of the Complaint, the allegations state conclusions of law to which no response is required. To the extent a response may be required, Hyundai denies the allegations.

48. In response to the allegations contained in Paragraph 48 of the Complaint, Hyundai denies the allegations.

**SECOND CAUSE OF ACTION**
**SLANDER OF CREDIT**

49. In response to the allegations contained in Paragraph 49 of the Complaint, Hyundai restates its responses to each of the preceding paragraphs as though fully set forth herein.

50. In response to the allegations contained in Paragraph 50 of the Complaint, Hyundai admits only that it furnished information regarding Plaintiff's account to Equifax, Experian and TransUnion. Hyundai denies any remaining allegations in this Paragraph.

51. In response to the allegations contained in Paragraph 51 of the Complaint, Hyundai denies the allegations.

52. In response to the allegations contained in Paragraph 52 of the Complaint, Hyundai lacks sufficient knowledge or information to respond to the allegations and that basis denies the allegations and asserts that it furnished accurate information regarding Plaintiff's account to the credit reporting agencies.

53. In response to the allegations contained in Paragraph 53 of the Complaint, Hyundai denies the allegations.

54. In response to the allegations contained in Paragraph 54 of the Complaint, Hyundai admits only that it furnished accurate information regarding Plaintiff's account to the credit reporting agencies. Answering further, Hyundai lacks sufficient knowledge or information to respond to the remaining allegations and that basis denies the remaining allegations.

55. In response to the allegations contained in Paragraph 55 of the Complaint, Hyundai denies that Plaintiff is entitled to a retraction of any reporting made by Hyundai. Answering further, Hyundai lacks sufficient knowledge or information to respond to the remaining allegations and that basis denies the allegations.

56. In response to the allegations contained in Paragraph 56 of the Complaint, Hyundai denies the allegations and denies that Plaintiff is entitled to any recovery against Hyundai.

### THIRD CAUSE OF ACTION
### DECLARATORY RELIEF
**[Partial and Complete Discharge under Uniform Commercial Code § 3-603**
**Idaho Code § 28-3-603]**

57. In response to the allegations contained in Paragraph 57 of the Complaint, Hyundai restates its responses to each of the preceding paragraphs as though fully set forth herein.

**ANSWER AND AFFIRMATIVE DEFENSES OF HYUNDAI CAPITAL AMERICA - 10**

58. In response to the allegations contained in Paragraph 58 of the Complaint, Hyundai lacks sufficient knowledge or information to respond to the allegations and that basis denies the allegations.

59. In response to the allegations contained in Paragraph 59 of the Complaint, Hyundai lacks sufficient knowledge or information to respond to the allegations and that basis denies the allegations.

60. In response to the allegations contained in Paragraph 60 of the Complaint, Hyundai denies the allegations.

61. In response to the allegations contained in Paragraph 61 of the Complaint, Hyundai denies the allegations.

62. In response to the allegations contained in Paragraph 62 of the Complaint, the allegations contain conclusions of law to which no response is required. To the extend a response is required, Hyundai denies the allegations.

63. In response to the allegations contained in Paragraph 63 of the Complaint, the allegations contain conclusions of law to which no response is required. To the extend a response is required, Hyundai denies the allegations.

64. In response to the allegations contained in Paragraph 64 of the Complaint, Hyundai denies the allegations and denies that Plaintiff is entitled to any relief against Hyundai.

## FOURTH CAUSE OF ACTION
## INJUNCTIVE RELIEF
### [Temporary, Preliminary and Permanent]

65. In response to the allegations contained in Paragraph 65 of the Complaint, Hyundai restates its responses to each of the preceding paragraphs as though fully set forth herein.

**ANSWER AND AFFIRMATIVE DEFENSES OF HYUNDAI CAPITAL AMERICA - 11**

66. In response to the allegations contained in Paragraph 66 of the Complaint, the allegations contain conclusions of law to which no response is required**.** To the extend a response is required, Hyundai denies the allegations.

67. In response to the allegations contained in Paragraph 67 of the Complaint, Hyundai denies that Plaintiff is likely to succeed on the merits of his claims because Plaintiff defaulted both under the Retail Installment Contract with Hyundai and also the Settlement Agreement entered with Hyundai. Answering further, Hyundai lacks sufficient knowledge or information to respond to the remaining allegations and that basis denies the allegations.

68. In response to the allegations contained in Paragraph 68 of the Complaint, the allegations assert conclusions of law to which no response is required. To the extent a response is required, Hyundai denies the allegations.

69. In response to the allegations contained in Paragraph 69 of the Complaint, the allegations assert conclusions of law to which no response is required. To the extent a response is required, Hyundai denies the allegations.

70. In response to the allegations contained in Paragraph 70 of the Complaint, the allegations assert conclusions of law to which no response is required. To the extent a response is required, Hyundai denies the allegations.

### Attorney Fees and Costs

71. In response to the allegations contained in Paragraph 71 of the Complaint, the allegations assert conclusions of law to which no response is required. To the extent a response is required, Hyundai denies the allegations and denies that Plaintiff is entitled to any relief from Hyundai.

**Prayer For Relief**

In response to Plaintiff's prayer for relief, Hyundai denies that Plaintiff is entitled to any relief sought in subsections 1 through 5, and denies that Plaintiff is entitled to any relief whatsoever from Hyundai.

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff's Complaint fails to state a claim against Hyundai upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

Rights of action alleged in the Complaint are barred either in whole or in part by the applicable statutes of limitations.

**THIRD AFFIRMATIVE DEFENSE**

Any and all actions taken or decisions made by Hyundai concerning Plaintiff were based on legitimate business reasons.

**FOURTH AFFIRMATIVE DEFENSE**

Plaintiff has failed to mitigate his alleged damages.

**FIFTH AFFIRMATIVE DEFENSE**

Plaintiff is not entitled to and may not recover any of the relief sought in the Complaint and there is no factual or legal basis for compensatory, statutory, treble, or other damages.

**SIXTH AFFIRMATIVE DEFENSE**

No actions of Hyundai with respect to Plaintiff constitute a willful or reckless disregard of Plaintiff's rights under the law.

## SEVENTH AFFIRMATIVE DEFENSE

If Plaintiff suffered or sustained any loss, injury, damage, or detriment, the same was directly and proximately caused and contributed to by the breach, conduct, acts, omissions, activities, carelessness, recklessness, negligence, and/or intentional misconduct or intervening acts of others, and not by Hyundai.

## EIGHTH AFFIRMATIVE DEFENSE

Although Hyundai denies any liability in this matter, Hyundai contends that any alleged acts or omissions of Hyundai giving rise to Plaintiff's claims are the result of innocent mistake and/or bona fide error despite reasonable procedures implemented by Hyundai. Hyundai acted in a reasonable manner in connection with the transaction at issue in this action.

## NINTH AFFIRMATIVE DEFENSE

Hyundai at all times acted in good faith and in accordance with reasonable commercial standards, thus precluding any recovery by Plaintiff against Hyundai.

## TENTH AFFIRMATIVE DEFENSE

Hyundai expressly reserves the right to compel arbitration if it is later determined that Plaintiff is subject to Hyundai's arbitration agreement.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff's slander of credit claim is preempted by the Fair Credit Reporting Act.

## TWELFTH AFFIRMATIVE DEFENSE

Plaintiff's claims may be barred in whole or in part by the doctrines of estoppel, waiver, laches, and unclean hands.

## THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff lacks standing to bring the claims as alleged in the Complaint.

**ANSWER AND AFFIRMATIVE DEFENSES OF HYUNDAI CAPITAL AMERICA - 14**

## FOURTEENTH AFFIRMATIVE DEFENSE

Hyundai expressly reserves its rights to assert additional affirmative defenses as necessary and appropriate.

**WHEREFORE**, Hyundai denies liability to the Plaintiff and requests that this Honorable Court dismiss the Complaint with prejudice and enter judgment in its favor together with the costs of suit and any other relief that the Court deems appropriate and just.

DATED: March 26, 2021

Respectfully Submitted,

*/s/ Amber N. Dina*
Amber N. Dina (ISB No. 7708)
Donald Z. Gray (ISB No. 10070)
GIVENS PURSLEY LLP
601 West Bannock Street
P.O. Box 2720
Boise, Idaho 83701-2720
Office: (208) 388-1200
Fax: (208) 388-1300
amberdina@givenspursley.com
dongray@givenspursley.com

Attorney for Defendant
HYUNDAI CAPITAL AMERICA

**ANSWER AND AFFIRMATIVE DEFENSES OF HYUNDAI CAPITAL AMERICA - 15**

## CERTIFICATE OF SERVICE

      I hereby certify that on March 26, 2021, I filed the foregoing document electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Mary S. Amschel, Esq.
mamschel@rosacommerce.com
arosa@rosacommerce.com

                                                    */s/ Amber N. Dina*
                                                    Amber N. Dina